ORIGINAL

Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
Grace A. Rawlins
grawlins@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone:    (212) 292-5390
Facsimile:    (212) 292-5391
*Attorneys for Plaintiff*
*Denim Tears, LLC*



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED: 12/4/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DENIM TEARS, LLC,<br><br>*Plaintiff*<br><br>v.<br><br>EITYRAL, FESTBERG, KOKIYOSA, LIGHTNING DEALS OF TODAY PRIME RZQUH, MIEY210, MY ORDERS 2024 CLEARANCE SALE, NANFENGTL, XUHAIYANG6188, ZHENGZHOUHUIKEXINXIKEJIYOUXIANGONGSI and ZXFF SHOP,<br><br>*Defendants* | 24-cv-8926 (LLS)<br><br>[PROPOSED]  LLS<br>UNSEALING ORDER |

1

WHEREAS the Court orders that this Action be unsealed, and Records Management upload all documents filed to date on the Electronic Case Filing system.

SO ORDERED.

SIGNED this 6th day of December 2024, at 3:30 .m.
New York, New York

_Louis L. Stanton_
HON. LOUIS L. STANTON
UNITED STATES DISTRICT JUDGE